### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| SHERMAN HENRY, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | 2:07-cv-00358-JFG-JEO |
| MICHAEL CHERTOFF, SECRETARY OF THE UNITED STATES OF HOMELAND SECURITY, et al., | ) ) ) ) ) | |
| Respondents. | ) | |

### MEMORANDUM OPINION

The petitioner has filed a *pro se* petition pursuant to 28 U.S.C. § 2241. He challenges the lawfulness of his detention by the United States Department of Homeland Security. The petitioner is incarcerated at the Perry County Jail, Uniontown, Alabama, which is in the Southern District of Alabama. It is the opinion of the undersigned that the more appropriate forum is the Southern District of Alabama. This is especially true if appointment of counsel and an evidentiary hearing are required.

For the convenience of the parties and potential witnesses in this case and in the furtherance of justice, the court finds that this matter is due to be transferred to the United States District Court for the Southern District of Alabama pursuant to 28 U.S.C. § 2241(d).

An appropriate order will be entered.

      **DONE and ORDERED 28 March 2007.**

                              **UNITED STATES DISTRICT JUDGE**
                                    **J. FOY GUIN, JR.**